# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALVIN JAMES CALVIN,<br><br>                Petitioner,<br><br>      v.<br><br>ORANGE COUNTY SHERIFF,<br><br>                Respondent. | Case No. SACV 15-606-ODW (LAL)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: November 16, 2017　　　　　_____
　　　　　　　　　　　　　　　　　　　HONORABLE OTIS D. WRIGHT, II
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE